| | |
|---|---|
| 1 | Peter R. Afrasiabi (Bar No. 193336) |
| 2 | pafrasiabi@onellp.com<br>**ONE LLP** |
| 3 | 4000 MacArthur Boulevard<br>Each Tower, Suite 500 |
| 4 | Newport Beach, CA 92660<br>Telephone:   (949) 502-2870 |
| 5 | Facsimile:    (949) 258-5081 |
| 6 | David Quinto (Bar No. 106232)<br>Joanna Ardalan (Bar No. 285384) |
| 7 | jardalan@onellp.com<br>**ONE LLP** |
| 8 | 9301 Wilshire Boulevard<br>Penthouse Suite |
| 9 | Beverly Hills, CA 90210<br>Telephone:   (310) 866-5157 |
| 10 | Facsimile:    (310) 943-2085 |
| 11 | Attorneys for Plaintiffs<br>Backgrid USA, Inc., Splash News and |
| 12 | Picture Agency, LLC, Xposure Photo<br>Agency, Inc. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation; SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability company; XPOSURE PHOTO AGENCY INC., a California corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>ENTTECH MEDIA GROUP LLC. a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.:  2:20-cv-06803<br><br>**CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1)** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel for Plaintiff Backgrid USA, Inc.; Splash News and Picture Agency, LLC and Xposure Photo Agency, Inc. ("Backgrid") certify and state as follows:

Backgrid has no parent corporation, and no publicly held company owns 10% or more of its stock;

Splash News and Picture Agency, LLC has no parent corporation, and no publicly held company owns 10% or more of its stock;

Xposure Photo Agency, Inc. has no parent corporation, and no publicly held company owns 10% or more of its stock;

Dated: July 29, 2020          **ONE LLP**

By: /s/ Joanna Ardalan
Joanna Ardalan
Peter R. Afrasiabi

Attorneys for Plaintiff
Backgrid USA, Inc.; Splash News and Picture Agency, LLC, Xposure Photo Agency, Inc.