**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BackGrid USA, Inc. et al | CASE NUMBER |
| | |
| v.                                    PLAINTIFF(S) | 2:20-cv-06803 RSWL(RAOx) |
| | |
| Enttech Media Group LLC et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____                      R. Gary Klausner
Date                                                      United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Different transactions, events and occurrences, giving rise to different claims.
_____
_____
_____
_____

July 31, 2020                                    /s/ R. GARY KLAUSNER
Date                                                      United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case        2:20-cv-06298 RGK(Ex)        and the present case:

☐ A.    Arise from the same or closely related transactions, happenings or events; or

☐ B.    Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.    For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.    Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   ☐ *Previous Judge*        ☐ *Statistics Clerk*

CV-34 (03/19)                    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)