Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

Counsel for Defendant
ENTTECH MEDIA GROUP LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BACKGRID USA, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ENTTECH MEDIA GROUP LLC, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-06803-RSWL<br><br>Assigned to Hon. Ronald S.W. Lew<br>Courtroom ___ [TBD]<br><br>**DECLARATION OF TOM FLORIO IN SUPPORT OF *EX PARTE* APPLICATION TO SHORTEN TIME FOR BRIEFING AND HEARING ON MOTION TO DISMISS THE COMPLAINT**<br><br>[Civil L.R. 7-19]<br><br>Hearing Date:　None set<br>Time:　　　　　None set<br>Place:　　　　　None set<br><br>Hon. RONALD S.W. LEW |

**DECLARATION OF FLORIO ISO *EX PARTE* APPLICATION**

# DECLARATION OF TOM FLORIO

I, Tom Florio, declare:

1. I am the CEO of ENTTech Media Group LLC, which is the named defendant in this action.

2. ENTTech operates a New York City-based digital magazine and media company called "Paper," focusing on fashion, popular culture, nightlife, music, art and film. Paper's Instagram account had over 1.7 million followers, generated after years of providing content, before our account was disabled on July 8, 2020 due to a large number of DMCA notices that I was not aware of until that date.

3. I never received notice of any copyright dispute related to these DMCA notices before our Instagram account was terminated on July 8, 2020. I understand that the DMCA notices that led to our account being disabled were automatically generated by software deployed by agents of the plaintiffs in this action.

4. Without access to its Instagram account, Paper can no longer generate advertising revenue that it needs to remain in operation. Paper relies on Instagram as a large source of its revenue. This is especially so during the current crisis, where Paper's other sources of revenue, such as live events, are prohibited. If the Instagram freeze continues for more than another few weeks, Paper will have to lay off employees or we will have to shut down the business.

5. ENTTEch filed a lawsuit against Mr. Nicolini and the copyright claimants for abusing the DMCA, among other claims on July 15, 2020 (the "First Case"). At the time of that filing, we were informed that the Instagram freeze of our account was due to expire on August 3, unless a lawsuit were to be filed seeking an injunction against us. See correspondence from Instagram, attached as Exhibit A below.

**DECLARATION OF FLORIO ISO *EX PARTE* APPLICATION**

6.  On July 29, 2020, I was informed that this lawsuit was filed by some of the defendants in the first lawsuit as a separate lawsuit. Instagram has stated that our account must remain disabled because of this second lawsuit. See correspondence from Instagram, attached as Exhibit B below. If this second lawsuit had not been filed, it is my understanding that our account would have been restored by now.

7.  Because our account remains disabled, Paper does not have the ability to access the account to remove any of the photos at issue in this action against us.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed on the 6th day of August, 2020, at New York, New York.

*Tom Florio*
Tom Florio (Aug 6, 2020 16:33 EDT)

Tom Florio

# EXHIBIT A



Luca Stein <lstein@taulersmith.com>

## DMCA Counter Notices re: Paper Magazine
3 messages

**Instagram** <case++aazqyrbvfibhah@support.instagram.com>  Wed, Jul 15, 2020 at 6:38 PM
Reply-To: Instagram <case++aazqyrbvfibhah@support.instagram.com>
To: lstein@taulersmith.com

Hi,

Thanks for contacting Facebook. We have received your Digital Millennium Copyright Act ("DMCA") counter-notification for the following:

1. Content:_http://www.instagram.com/p/B_X_Q0oH0nL_ (http://www.instagram.com/p/B_X_Q0oH0nL)
2. Content:_http://www.instagram.com/p/B-fYV2oHaOa_ (http://www.instagram.com/p/B-fYV2oHaOa)
3. Content:_http://www.instagram.com/p/9hD4NNJwgE_ (http://www.instagram.com/p/9hD4NNJwgE)
4. Content:_http://www.instagram.com/p/B_25DEtnE4l_ (http://www.instagram.com/p/B_25DEtnE4l)
5. Content:_http://www.instagram.com/p/B-mqdW4HndT_ (http://www.instagram.com/p/B-mqdW4HndT)
6. Content:_http://www.instagram.com/p/B0GlnFpHI7__ (http://www.instagram.com/p/B0GlnFpHI7_)
7. Content:_http://www.instagram.com/p/B2fxNVenQNo_ (http://www.instagram.com/p/B2fxNVenQNo)
8. Content:_http://www.instagram.com/p/B2KJ43WHt7Y_ (http://www.instagram.com/p/B2KJ43WHt7Y)
9. Content:_http://www.instagram.com/p/B2NZLrjDvwX_ (http://www.instagram.com/p/B2NZLrjDvwX)
10. Content:_http://www.instagram.com/p/B4aoDBRnXJ8_ (http://www.instagram.com/p/B4aoDBRnXJ8)
11. Content:_http://www.instagram.com/p/B63nx_LHeff_ (http://www.instagram.com/p/B63nx_LHeff)
12. Content:_http://www.instagram.com/p/B760dkOHNg9_ (http://www.instagram.com/p/B760dkOHNg9)
13. Content:_http://www.instagram.com/p/BjNctPChrBW_ (http://www.instagram.com/p/BjNctPChrBW)
14. Content:_http://www.instagram.com/p/BqC-ACoH_YV_ (http://www.instagram.com/p/BqC-ACoH_YV)
15. Content:_ http://www.instagram.com/p/BsjfWkPAdv1_ (http://www.instagram.com/p/BsjfWkPAdv1)
16. Content:_http://www.instagram.com/p/BtbcxMGAg8W_ (http://www.instagram.com/p/BtbcxMGAg8W)
17. Content:_http://www.instagram.com/p/BubzWePAFq3_ (http://www.instagram.com/p/BubzWePAFq3)
18. Content:_http://www.instagram.com/p/Buetyc5g9Zh_ (http://www.instagram.com/p/Buetyc5g9Zh)
19. Content:_http://www.instagram.com/p/BuKjK_tALf_ (http://www.instagram.com/p/BuKjK_tALf6)
20. Content:_http://www.instagram.com/p/BumcTSygL-0_ (http://www.instagram.com/p/BumcTSygL-0)
21. Content:_http://www.instagram.com/p/BzMDbFYnx9h_ (http://www.instagram.com/p/BzMDbFYnx9h)
22. Content:_http://www.instagram.com/p/BzqUlGYn516_ (http://www.instagram.com/p/BzqUlGYn516)
23. Content:_http://www.instagram.com/p/CAK-7DFHDWI_ (http://www.instagram.com/p/CAK-7DFHDWI)
24. Content:_http://www.instagram.com/p/CAOTTUAHLQ5_ (http://www.instagram.com/p/CAOTTUAHLQ5)

Based on the information you've provided, we will restore or cease disabling access to the content at issue within 14 business days from now, unless we receive notice that the reporting party has filed an action seeking a court order to restrain you from engaging in infringing activity on Facebook related to that content.

Thank you,

Jessie
Intellectual Property Operations
Instagram


>On Mon Jul 13, 2020 09:59:58, original message wrote:
>The Instagram Team received a report from you. For reference, your complaint number is 290802565459934.
>
>Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.
>If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property

section of our Help Center for additional information. There you will find links to contact forms for submitting reports:
>IP Help Center: http://help.instagram.com/535503073130320/
>
>Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.
>For help with matters other than infringement/violation of your legal rights, the links below may be helpful:
>Hacked Accounts: http://help.instagram.com/368191326593075/
>Impersonation Accounts: http://help.instagram.com/446663175382270/
>Underage Children: http://help.instagram.com/290666591035380/
>Abuse and Spam: http://help.instagram.com/165828726894770/
>Exposed Private Information: http://help.instagram.com/122717417885747/
>If the links above do not contain the information you are looking for, you may want to search the Help Center for more assistance: http://help.instagram.com/
>As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.
>Thanks,
>
>The Instagram Team
>
>-------------------------
>To whom it may concern:
>Attached, please find 24 DMCA Counter Notices submitted by Robert Tauler on
>behalf of Paper Magazine.
>Luca Stein
>Assistant to Robert Tauler
>

---

**Luca Stein** <lstein@taulersmith.com>   Wed, Jul 15, 2020 at 8:19 PM
To: Robert Tauler <rtauler@taulersmith.com>, Valerie Saryan <vsaryan@taulersmith.com>

Just received this message from Instagram. Here's the important language:

**Based on the information you've provided, we will restore or cease disabling access to the content at issue within 14 business days from now, unless we receive notice that the reporting party has filed an action seeking a court order to restrain you from engaging in infringing activity on Facebook related to that content.**

[Quoted text hidden]

---

**Robert Tauler** <rtauler@taulersmith.com>   Thu, Aug 6, 2020 at 10:53 AM
To: Luca Stein <lstein@taulersmith.com>, Robert Kohn <rkohn@taulersmith.com>

This is Exhibit A

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
(213) 927-9270
www.taulersmith.com

[Quoted text hidden]

# EXHIBIT B



Luca Stein <lstein@taulersmith.com>

---

## DMCA Counter Notices re: Paper Magazine

**Instagram** <case++aazqyrbvfibhah@support.instagram.com>  Thu, Jul 30, 2020 at 1:05 PM
Reply-To: Instagram <case++aazqyrbvfibhah@support.instagram.com>
To: lstein@taulersmith.com

Hi,

The original reporter has provided us with notice of an action seeking a court order to restrain you from engaging in infringing activity on Instagram related to the content at issue.

As a result, we are not in a position to restore the content in question under the counter-notification provisions of the Digital Millennium Copyright Act ("DMCA").

Thanks,

Jessie
Intellectual Property Operations
Instagram


>On Wed Jul 15, 2020 18:38:23, Jessie wrote:
>Hi,
>Thanks for contacting Facebook. We have received your Digital Millennium Copyright Act ("DMCA") counter-notification for the following:
>1. Content:_http://www.instagram.com/p/B_X_Q0oH0nL_ (http://www.instagram.com/p/B_X_Q0oH0nL)
>2. Content:_http://www.instagram.com/p/B-fYV2oHaOa_ (http://www.instagram.com/p/B-fYV2oHaOa)
>3. Content:_http://www.instagram.com/p/9hD4NNJwgE_ (http://www.instagram.com/p/9hD4NNJwgE)
>4. Content:_http://www.instagram.com/p/B_25DEtnE4l_ (http://www.instagram.com/p/B_25DEtnE4l)
>5. Content:_http://www.instagram.com/p/B-mqdW4HndT_ (http://www.instagram.com/p/B-mqdW4HndT)
>6. Content:_http://www.instagram.com/p/B0GlnFpHI7__ (http://www.instagram.com/p/B0GlnFpHI7_)
>7. Content:_http://www.instagram.com/p/B2fxNVenQNo_ (http://www.instagram.com/p/B2fxNVenQNo)
>8. Content:_http://www.instagram.com/p/B2KJ43WHt7Y_ (http://www.instagram.com/p/B2KJ43WHt7Y)
>9. Content:_http://www.instagram.com/p/B2NZLrjDvwX_ (http://www.instagram.com/p/B2NZLrjDvwX)
>10. Content:_http://www.instagram.com/p/B4aoDBRnXJ8_ (http://www.instagram.com/p/B4aoDBRnXJ8)
>11. Content:_http://www.instagram.com/p/B63nx_LHeff_ (http://www.instagram.com/p/B63nx_LHeff)
>12. Content:_http://www.instagram.com/p/B760dkOHNg9_ (http://www.instagram.com/p/B760dkOHNg9)
>13. Content:_http://www.instagram.com/p/BjNctPChrBW_ (http://www.instagram.com/p/BjNctPChrBW)
>14. Content:_http://www.instagram.com/p/BqC-ACoH_YV_ (http://www.instagram.com/p/BqC-ACoH_YV)
>15. Content:_ http://www.instagram.com/p/BsjfWkPAdv1_ (http://www.instagram.com/p/BsjfWkPAdv1)
>16. Content:_http://www.instagram.com/p/BtbcxMGAg8W_ (http://www.instagram.com/p/BtbcxMGAg8W)
>17. Content:_http://www.instagram.com/p/BubzWePAFq3_ (http://www.instagram.com/p/BubzWePAFq3)
>18. Content:_http://www.instagram.com/p/Buetyc5g9Zh_ (http://www.instagram.com/p/Buetyc5g9Zh)
>19. Content:_http://www.instagram.com/p/BuKjK_tALf_ (http://www.instagram.com/p/BuKjK_tALf6)
>20. Content:_http://www.instagram.com/p/BumcTSygL-0_ (http://www.instagram.com/p/BumcTSygL-0)
>21. Content:_http://www.instagram.com/p/BzMDbFYnx9h_ (http://www.instagram.com/p/BzMDbFYnx9h)
>22. Content:_http://www.instagram.com/p/BzqUlGYn516_ (http://www.instagram.com/p/BzqUlGYn516)
>23. Content:_http://www.instagram.com/p/CAK-7DFHDWI_ (http://www.instagram.com/p/CAK-7DFHDWI)
>24. Content:_http://www.instagram.com/p/CAOTTUAHLQ5_ (http://www.instagram.com/p/CAOTTUAHLQ5)
>Based on the information you've provided, we will restore or cease disabling access to the content at issue within 14 business days from now, unless we receive notice that the reporting party has filed an action seeking a court order to restrain you from engaging in infringing activity on Facebook related to that content.
>Thank you,
>Jessie
>Intellectual Property Operations

>Instagram
>>On Mon Jul 13, 2020 09:59:58, original message wrote:
>>The Instagram Team received a report from you. For reference, your complaint number is 290802565459934.
>>
>>Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.
>>If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of our Help Center for additional information. There you will find links to contact forms for submitting reports:
>>IP Help Center: http://help.instagram.com/535503073130320/
>>
>>Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.
>>For help with matters other than infringement/violation of your legal rights, the links below may be helpful:
>>Hacked Accounts: http://help.instagram.com/368191326593075/
>>Impersonation Accounts: http://help.instagram.com/446663175382270/
>>Underage Children: http://help.instagram.com/290666591035380/
>>Abuse and Spam: http://help.instagram.com/165828726894770/
>>Exposed Private Information: http://help.instagram.com/122717417885747/
>>If the links above do not contain the information you are looking for, you may want to search the Help Center for more assistance: http://help.instagram.com/
>>As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.
>>Thanks,
>>
>>The Instagram Team
>>
>>-------------------------
>>To whom it may concern:
>>Attached, please find 24 DMCA Counter Notices submitted by Robert Tauler on
>>behalf of Paper Magazine.
>>Luca Stein
>>Assistant to Robert Tauler
>>
>

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, copies of the foregoing document were served by email and by the CM/ECF system, addressed to the following:

Peter R. Afrasiabi
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660

David Quinto
Joanna Ardalan
jardalan@onellp.com
ONE LLP
9301 Wilshire Boulevard Penthouse Suite
Beverly Hills, CA 90210

Dated:  August 3, 2020                **TAULER SMITH, LLP**

By: /s/ Robert Tauler
        Robert Tauler

Counsel for Defendant
ENTTECH MEDIA GROUP LLC