1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BACKGRID USA, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ENTTECH MEDIA GROUP LLC, et al., <br><br> Defendants. | CASE NO. 2:20-cv-06803-RSWL <br><br> Assigned to Hon. Ronald S.W. Lew <br> Courtroom ___ [TBD] <br><br> **[PROPOSED] ORDER ON *EX PARTE* APPLICATION TO SHORTEN TIME FOR BRIEFING AND HEARING ON MOTION TO DISMISS THE COMPLAINT [11]** <br><br> [Civil L.R. 7-19] <br><br> Hearing Date:  None set <br> Time:          None set <br> Place:         None set <br><br> Hon. RONALD S.W. LEW |

**[PROPOSED] ORDER ON DEF'S *EX PARTE* APPLICATION**

# [PROPOSED] ORDER

Defendant ENTTech Media Group LLC ("ENTTech") having brought on its *ex parte* application to shorten time for briefing and hearing on its Motion to Dismiss the Complaint, and the Court having duly considered the papers; and

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Application is GRANTED; and

IT IS FURTHERED ORDERED that

1. The seven day time period to meet and confer pursuant to L.R. 7-3 is shortened to one day following the conference of counsel that occurred on August 3, 2020;

2. The hearing on ENTTech's Motion to Dismiss the Complaint is advanced to August 11, 2020.

3. Any papers in Opposition to the Motion to Dismiss the Complaint shall be filed no later than August 7, 2020.

IT IS SO ORDERED

DATED: August __, 2020

Hon. Ronald S.W. Lew