Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

David Quinto (Bar No. 106232)
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone:  (310) 866-5157
Facsimile:   (310) 943-2085

Attorneys for Plaintiffs
Backgrid USA, Inc., Splash News and
Picture Agency, LLC, Xposure Photo
Agency, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation; SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability company; XPOSURE PHOTO AGENCY INC., a California corporation, | Case No.: 2:20-cv-06803 RSWL (RAOx) Hon.  Ronald S. W. Lew **NOTICE OF ERRATA RE DKT. 15** |
| Plaintiffs, | |
| v. | |
| ENTTECH MEDIA GROUP LLC. a Delaware limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

---

**NOTICE OF ERRATA RE DKT. 15**

**TO THE COURT:**

Docket number 15 was inadvertently captioned and filed as an Opposition to Defendant's Motion to Dismiss.  It was filed in error and contains the same substantive content as Docket Number 16, which is Plaintiffs' Opposition to Defendant's Ex Parte Application.

Dated:  August 7, 2020                     **ONE LLP**

                                           By:  /s/ Joanna Ardalan
                                                Joanna Ardalan
                                                Peter R. Afrasiabi

                                                Attorneys for Plaintiff
                                                Backgrid USA, Inc.; Splash News and
                                                Picture Agency, LLC, Xposure Photo
                                                Agency, Inc.

2

**NOTICE OF ERRATA RE DKT. 15**