Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

David Quinto (Bar No. 106232)
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Attorneys for Plaintiffs
Backgrid USA, Inc., Splash News and Picture Agency, LLC, Xposure Photo Agency, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation; SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability company; XPOSURE PHOTO AGENCY INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ENTTECH MEDIA GROUP LLC. a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-06803 RSWL (RAOx)<br>Hon. Ronald S. W. Lew<br><br>**DECLARATION OF JOANNA ARDALAN IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

**DECLARATION OF JOANNA ARDALAN**

I, Joanna Ardalan, declare as follows:

1. Attached as Exhibit A is a true and correct copy of an email chain between Robert Tauler and me concerning our proposals to narrow the issues in this case. Mr. Tauler proposed that the Photo Agencies to drop their claims for injunctive relief in exchange for allowing this case to proceed without objection to whether the Photo Agencies claims are compulsory claims or not.

2. Attached as Exhibit B is a true and correct copy of an email message I sent to Mr. Tauler concerning Defendant's purported service of Splash News and Picture Agency LLC. He did not respond. Splash News and Picture Agency LLC has not been served.

I declare under penalty of perjury that the foregoing it true and correct.

Executed this 11th day of August, 2020 at Beverly Hills, California.

/s/ Joanna Ardalan
Joanna Ardalan

**DECLARATION OF JOANNA ARDALAN**