Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

Counsel for Defendant
ENTTECH MEDIA GROUP LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BACKGRID USA, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ENTTECH MEDIA GROUP LLC, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-06803-RSWL<br><br>Assigned to Hon. Ronald S.W. Lew<br>Courtroom ___ [TBD]<br><br>**DECLARATION OF MARK TEVIS IN SUPPORT OF *EX PARTE* APPLICATION**<br><br>[Civil L.R. 7-19]<br><br>Hearing Date:　None set<br>Time:　　　　　None set<br>Place:　　　　　None set<br><br>Hon. RONALD S.W. LEW |

**DECLARATION OF TEVIS ISO *EX PARTE* APPLICATION**

# DECLARATION OF MARK TEVIS

I, Mark Tevis, declare:

1. I am the Chief Revenue Officer of ENTTech Media Group LLC ("ENTTech"), which is the named defendant in this action. In my capacity as Chief Revenue Officer, I oversee all revenue-generating channels for ENTTech, including *PAPER* social media channels (which include accounts on Instagram, Facebook, Twitter and TikTok); PAPERmag.com; ENTtech Creative Agency; ENTtech Events Agency; and ENTtech Social Architecture Agency.

2. As Chief Revenue Officer, I am involved in some capacity in every revenue-generating transaction that ENTTech enters into. These transactions involve partnerships for *PAPER* with media entities and brands. I personally sign off on every work proposal that is negotiated, and am personally involved in budgeting and creative aspects of these transactions.

3. *PAPER* is focused on fashion, popular culture, nightlife, music, art, film, and activism. *PAPER* is geared toward the 18-34 year old demographic, and specifically towards Millenials and Gen Z, which is roughly consumers aged 18 to 34 years old. *PAPER*'s audience uses Instagram far beyond any other social media platforms, because Instagram is the primary source of media consumption for our target audience.

4. *PAPER*'s Instagram account had over 1.7 million followers, generated after years of providing content, before our account was disabled on July 8, 2020 due to a sudden and large number of recent DMCA notices. Until the account access was disabled, I was not aware of these notices.

5. Approximately ninety percent (90%) of the revenue-generating transactions that we pitch for *PAPER* involves Instagram, because brands can depend on our Instagram channel providing exposure to their products and driving traffic to their website. Thus, the contracts I negotiate are almost always based, in

large part, on *PAPER*'s Instagram account driving traffic to our partners own social media accounts and their websites.

6. Additionally, Instagram drives approximately 25% of our visitor traffic (known as "impressions") to our own website, PAPERmag.com, which is *PAPER*'s other primary source of revenue.  In this regard, *PAPER*'s Instagram account generated approximately 1.5 monthly impressions to our website, PAPERmag.com during the 12-month period ending June 30, 2020.  These impressions are particularly valuable to the business because they support future revenue growth – something that is essential to a media company like ours – as we sell digital advertising space on PAPERmag.com on a cost per thousand basis.  For example, we charge advertiser $15 for 1,000 impressions and numerous brands buy ad space against these monthly impressions each month.

7. The importance of *PAPER*'s Instagram is heightened at this time because other sources of revenue, including the ENTtech Creative Agency, ENTtech Events Agency, and ENTtech Social Architecture Agency have been hamstrung by the COVID-19 crisis.  For example, because of COVID-19, *PAPER* does not have any revenue for events as it normally would have. Prior to COVID-19 PAPER had in the works events taking place in 2020 that have all been canceled with brands such as American Express, Mercedes, and Michael Kors. Additionally, *PAPER* is unable to pivot to other platforms besides Instagram, because other platforms are much less valuable for the demographics that our partners seek to reach.  For example, Facebook is used by an older demographic that is less interested in emerging trends and artists, which is the primary content *PAPER* provides; and Twitter is not particularly conducive for the display of content that PAPER produces on behalf of its partners.  Further, *PAPER* is also limited in its ability to use newer alternatives like TikTok, because many brands are now wary of using TikTok due to prevailing national political sentiment. Thus, Instagram is essential to *PAPER* to making new deals with other media

entities and emerging artists.

8. In this regard, September is a critical month for contracting with our partners. Normally, these transactions are made on a quarterly basis. Thus, deals for the fourth quarter of 2020 (October-December), are typically finalized some time in September. If *PAPER* continues to have its access to Instagram disabled in September, Paper will be extremely hampered in its ability to make any new deals for the remainder of 2020, and Paper could very well go out of business as a result.

9. Furthermore, the loss of access to *PAPER*'s Instagram has already led to several damaged relationships that I believe will be forever lost if access is not reinstated within the next couple of weeks. For example, as a result of losing our Instagram in July, *PAPER* lost a program with HBO focused on Instagram and was unable to deliver on two other programs with HBO that had been contracted prior to the shutdown of our Instagram channel and which involved deliverables relying heavily on PAPER's Instagram. If we do not have access to Instagram in the next few weeks I believe our relationship with HBO may be permanently lost. Since so much of digital media is consolidated into a handful of large content providers, of which HBO is one of the most prominent, the loss of *PAPER*'s business relationship with HBO may likely cause long-lasting additional damage that will not be able to be calculated or repaired with any monetary judgment.

10. Attached as **Exhibit A**, is an email from HBO, dated July 23, 2020, indicating they will not move forward with a project as a result of PAPER's Instagram being shut down. Subsequent communications with HBO have indicated that they are unhappy with PAPER's inability to perform on contracted deliverables related to Instragram for current projects.

11. In addition to large brands like HBO, *PAPER* is always forging new relationships with emerging brands. One such brand, was brought in as a new client on or around July 17, 2020, but since *PAPER* did not have our Instagram, that prospective relationship did not want to move forward with the project, and I

believe that we may very well have lost their business for good. Again, there is no way to assess the damage of this lost relationship and I believe it has harmed *PAPER* in a manner that cannot be remedied by monetary relief.

12.  If we don't get this Instagram back within the next couple of weeks, PAPER will lose its goodwill with past partners; PAPER will unlikely be able to make any significant contracts for the fourth quarter necessary to keep the business going; and, as a result, will have to lay off all of its employees.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed on the 26th day of August, 2020, at New York, New York.

*[signature]*
Mark Tevis

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, copies of the foregoing document were served by email and by the CM/ECF system, addressed to the following:

Peter R. Afrasiabi
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660

David Quinto
Joanna Ardalan
jardalan@onellp.com
ONE LLP
9301 Wilshire Boulevard Penthouse Suite
Beverly Hills, CA 90210

Dated:  August 26, 2020              **TAULER SMITH, LLP**

                                     By: /s/ Robert Tauler
                                         Robert Tauler

                                     Counsel for Defendant
                                     ENTTECH MEDIA GROUP LLC

5
**DECLARATION OF TEVIS ISO *EX PARTE* APPLICATION**

# EXHIBIT A

**From:** Michelle Lindsay <michelle@paperentertainment.com>
**Date:** Thursday, July 23, 2020 at 9:29 AM
**To:** Mark Tevis <mark@paperentertainment.com>
**Subject:** FW: QUESTION- Hearts/HBO | We Are Who We Are | Paper Magazine | RFP

HBO passed on our partnership due to our IG being down. See below.

**PAPER**

MICHELLE LINDSAY

Senior Director Brand Partnerships

322 Eighth Ave Floor 3, Suite 1

NEW YORK NEW YORK 10001

212 226 4405 x329

PAPERMAG.COM

**From:** Cardwell, Steven (HBO
**Date:** Thursday, July 23, 2020 at 9:27 AM
**To:** Michelle Lindsay <michelle@paperentertainment.com>
**Subject:** Re: QUESTION- Hearts/HBO | We Are Who We Are | Paper Magazine | RFP

Hey Michelle,

The team ultimately passed on the proposal due to the ongoing Instagram issue. It's a priority platform for this campaign and TikTok feels a bit down market for this show.

Because we need to commit to media now, we unfortunately didn't feel comfortable hedging that the issue would be resolved by premiere.

Hope that helps!

S

> On Jul 21, 2020, at 1:37 PM, Michelle Lindsay <michelle@paperentertainment.com> wrote:
>
> **External Email received from:** michelle@paperentertainment.com **
>
> Hi Steven,
>
> How are you? I received the below message from H&S. I wanted to see if I could get clarity from you as to why PAPER is being passed as a partner for WAWWA. I would love to provide feedback to the team. We want to make sure we are providing the BEST programs and partnership to HBO.
>
> Let me know your thoughts and thank you!
>
> ML
>
> <image001.png>

MICHELLE LINDSAY

Senior Director Brand Partnerships

322 Eighth Ave Floor 3, Suite 1

NEW YORK NEW YORK 10001

212 226 4405 x329

PAPERMAG.COM

**From:** Molly Krouse <molly.krouse@hearts-science.com>
**Date:** Tuesday, July 21, 2020 at 11:28 AM
**To:** Ethan Dspain <Ethan@paperentertainment.com>
**Cc:** Michelle Lindsay <michelle@paperentertainment.com>, Jamie Granoff <jamie@paperentertainment.com>, Mark Tevis <mark@paperentertainment.com>, Lauren Bailey <Lauren.Bailey@hearts-science.com>, Haley Snyder <Haley.Snyder@hearts-science.com>, Kelsey Goldberg <kelsey.goldberg@hearts-science.com>, Katherine Davis <katherine.davis@hearts-science.com>, Hailey Ji <Hailey.Ji@hearts-science.com>, Brendan Dimitri <Brendan.Dimitri@hearts-science.com>, Brand Partnerships <adassistant1@paperentertainment.com>
**Subject:** RE: Hearts/HBO | We Are Who We Are | Paper Magazine | RFP

Hi team PAPER,

Thanks again for all of the hard work that went into these thoughtful and unique plans. We were really excited about the TikTok x Digital cover offering, but unfortunately HBO has passed.

They didn't provide any feedback and we're cutting it close with timelines so had to make a quick shift to another digital cover offering, but part of it could be due to the ongoing IG situation. We understand that's out of your control, but just based on the concerns they previously flagged for *IMDY* regarding the absence of IG and losing that presence within your primary digital footprint, they could be wary to bet on a growing platform like TikTok.

Hopefully your IG will be up and running soon - definitely keep us posted. Thanks again so much, we really do appreciate the partnership! And Michaela's digital cover was AMAZING.

Best,

Molly

This e-mail is intended only for the use of the addressees. Any copying, forwarding, printing or other use of this e-mail by persons other than the addressees is not authorized. This e-mail may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please notify us immediately by return e-mail (including the original message in your reply) and then delete and discard all copies of the e-mail. Thank you.

HB75