Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

Counsel for Defendant
ENTTECH MEDIA GROUP LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BACKGRID USA, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ENTTECH MEDIA GROUP LLC, et al.,<br><br>Defendants. | CASE NO. 2:20-cv-06803-RSWL<br><br>Assigned to Hon. Ronald S.W. Lew<br>Courtroom ___ [TBD]<br><br>**REPLY DECLARATION OF TOM FLORIO IN SUPPORT OF *EX PARTE* APPLICATION TO SHORTEN TIME FOR BRIEFING AND TO VACATE HEARING ON MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [24]**<br><br>[Civil L.R. 7-19]<br><br>Hearing Date: None set<br>Time: None set<br>Place: None set<br><br>Hon. RONALD S.W. LEW |

**REPLY DECLARATION OF FLORIO ISO *EX PARTE* APPLICATION**

# DECLARATION OF TOM FLORIO

I, Tom Florio, declare:

1. I am CEO of ENTTech Media Group LLC ("ENTTech"), which is the named defendant in this action. I make this declaration in support of ENTTech's Ex Parte Application to Shorten Time for Briefing and to vacate Hearing on ENTTech's Motion to Dismiss the First Amended Complaint.

2. I have reviewed the Plaintiff's Opposition to ENTTech's Ex Parte Application (Dkt. 26). Many of the assertions of fact made in the Opposition are false or misleading.

3. First, Paper started a new Instagram account only weeks ago, which has approximately 10,000 followers - only a tiny fraction of the 1.7 million followers of the account being held hostage by Plaintiffs. The account Paper started weeks ago is of no economic value to Paper at this time since the amount of followers – which is equivalent to circulation of a newspaper – is completely insignificant to Paper's business partners.

4. As such, without expedited relief, Paper will be unable to make the needed business partnerships in September that it needs to stay in business during the fourth quarter of 2020.

5. Moreover, it has taken Paper several years to achieve 1.7 million followers, and will likely take years to develop a similar following in any other new instagram account. By this time, it will be too late: Paper's business relationships and goodwill will be permanently lost, and Paper will be forced to layoff employees that they cannot replace because Paper will not be in a position to rehire them as detailed in the Application and Declaration of Mark Tevis (Dkt. 25-2).

6. The Declaration of Joana Ardelan (Dkt. 26-1) offers no facts to rebut the testimony provided to the Court that a delay will cause ENTTech to suffer irreparable harm.

7. Ms. Ardalan points out that ENTTech has posted a notification on its website accusing Plaintiffs of extortion. I believe the manner in which Plaintiffs assert their claims is extortion. It is my understanding that ENTTech is suing Plaintiffs (and two other parties) in the first filed case for extortion as part of its RICO claim.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed on this 28th day of August, 2020, at New York, New York.

DocuSigned by:

*Tom Florio*

1B309D97B83F4D7...

Tom Florio

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, copies of the foregoing document were served by email and by the CM/ECF system, addressed to the following:

Peter R. Afrasiabi
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660

David Quinto
Joanna Ardalan
jardalan@onellp.com
ONE LLP
9301 Wilshire Boulevard Penthouse Suite
Beverly Hills, CA 90210

Dated:  August 28, 2020            **TAULER SMITH, LLP**

By: /s/ Robert Tauler
    Robert Tauler

Counsel for Defendant
ENTTECH MEDIA GROUP LLC

**REPLY DECLARATION OF FLORIO ISO *EX PARTE* APPLICATION**